IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CARL RUPERT SMITH, AIS #137787, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CASE NO. 2:12cv-975-WHA |
| | ) |
| LEON FORNISS, et al., | )           (WO) |
| | ) |
| Respondents. | ) |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #16), entered on March 31, 2015.  There being no timely objection filed to the Recommendation, and after a *de novo* review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

   1.  The petition for habeas corpus relief is DENIED as it was not filed within the applicable period of limitations established by federal law.

   2.  This case is DISMISSED with prejudice.

   3.  Final Judgment will be entered accordingly.

   DONE this 21st day of April, 2015.


                             /s/      W. Harold Albritton
                             W. HAROLD ALBRITTON
                             SENIOR UNITED STATES DISTRICT JUDGE