IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

CARL RUPERT SMITH, AIS #137787,       )
                                      )
            Petitioner,               )
                                      )
vs.                                   )   CASE NO. 1:12cv-975WHA
                                      )
LEON FORNISS, et al.,                 )              (WO)
                                      )
            Respondents.              )

## FINAL JUDGMENT

In accordance with the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Respondents, and against the Petitioner, Carl

Rupert Smith, and this case is DISMISSED with prejudice as it was not filed within the

applicable period of limitations established by federal law.

DONE this 21st day of April, 2015.


/s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE